## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Adam J. Levitt, declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint and authorized the commencement of an action on my behalf.

2. I did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in Avaya, Inc. are as follows:

| Date | Purchases | Sales | Price Per Share |
|---|---|---|---|
| November 3, 2004 | 1,800 | | $14.38 |
| March 30, 2005 | | 1,800 | $11.42 |

5. I have not sought to serve as a class representative in any case under the federal securities laws in the last three years.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of May, 2005.

_____
Adam Levitt